**FILED**

MAY 2 5 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DANIEL SCHULZ,          )
          )
      Plaintiff,     )
          )
    v.         )   Jury Demanded
          )
OXFORD MANAGEMENT     )
SERVICES, INC.,       )
          )
      Defendant.   )

# 05C 3133

JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON

### COMPLAINT

### INTRODUCTION

1.    Plaintiff brings this action to secure redress against unlawful credit and collection practices engaged in by defendant Oxford Management Services, Inc. ("OMS"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331 and 1337, and 15 U.S.C. §1692k (FDCPA).

3.    Venue and personal jurisdiction in this District is proper because: a) Defendant transacts business here, and b) Defendant's collection communication to plaintiff was transmitted into the District.

### PARTIES

4.    Plaintiff Daniel Schulz ("Schulz") is an individual who resides in Aurora, Illinois.

5.    Defendant OMS is a corporation with its principal place of business located at 135 Maxess Road, Suite 2B, Melville, NY 11747. Oxford operates a collection agency. It is a debt collector subject to the FDCPA. It does business in Illinois.

### FACTS

6.    On or about April 22, 2005, OMS sent Exhibit A to plaintiff. Plaintiff

1

received it a few days later.

7.      Defendant has notice that plaintiff is represented by the undersigned attorneys

because Mr. Schulz is a plaintiff in Thompson v. Spinelli, Case No. 04 C 8224 (N.D.Ill.) (Darrah,

J.). That case was filed December 21, 2004. The complaint is attached as Exhibit B.

## VIOLATION ALLEGED

8.      The FDCPA makes it illegal for a debt collector to directly contact a person

represented by an attorney without the consumer's prior consent:

> **(a) Communication with the consumer generally**
>
>> **Without the prior consent of the consumer given directly to the debt
>> collector or the express permission of a court of competent jurisdiction,
>> a debt collector may not communicate with a consumer in connection
>> with the collection of any debt—**
>> ****
>>
>> **(2) if the debt collector knows the consumer is represented by an
>> attorney with respect to such debt and has knowledge of, or can
>> readily ascertain, such attorney's name and address, unless the
>> attorney fails to respond within a reasonable period of time to a
>> communication from the debt collector or unless the attorney
>> consents to direct communication with the consumer; [15 U.S.C.
>> § 1692c]**

9.      Because of the previously filed case, which is being vigorously litigated by

OMS, OMS  knew that plaintiff was represented by Edelman, Combs, Latturner & Goodwin, LLC,

and therefore violated § 1692c(a)(2).

10.     Plaintiff has not consented to OMS contacting him directly.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff

and against defendant for:

> a.      Statutory damages;
>
> b.      Attorney's fees, litigation expenses and costs of suit;
>
> c.      Such other or further relief as the Court deems proper.

Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands a trial by jury.

_____
Daniel A. Edelman

J:\Case\spinelli-thompson12.750\pleading\Schulz.indiv.cmplt.wpd

3

# EXHIBIT A

CS 9018
Melville, NY 11747

MasterCard/Visa Credit Card Payment Information
[  ][ ] [  ][ ] [  ][ ]
Account Number: _____
Expiration Date: ___ _____Amount: $_____
Cardholder Signature: _____
Print Name: _____

RE: PCDI
Account #: ▮▮▮▮▮
Claim #: 5905102
Amount: $239.51
Settlement Amount: $239.51
Settlement Due Date: 05/12/05

April 22, 2005

5905102-153
Daniel Schulz
2030 Lilac Lane Apt 4
Aurora, IL 60506

PCDI
P.O. Box 1584
Melville, NY 11747

A bank fee of $26.0 will be applied to your account for any dishonored check deposited in accordance with New York State law.

Re: PCDI
Account #: ▮▮▮▮▮
Claim #: 5905102
Amount: $239.51
Settlement Amount: $239.51
Settlement Due Date: 4/30/05

**Please see reverse side for collection laws that may apply to your state.**

Dear Daniel Schulz:

Since all previous attempts to resolve the above captioned debt have failed this firm has been retained by the above named client to assist in the collection of this debt.

Our client has authorized us to accept the balance indicated above as full settlement on your account provided that this payment is received no later than April 30, 2005. This is an opportunity for you to resolve this debt. If this matter has been overlooked, please be aware that it is still legally owed and payment via check, check-by-phone, money order or credit card will cease all collection activity.

In order to ensure proper crediting and handling of your account, payment must be made payable to the above named client and must be remitted to this office. If you have any questions, please do not hesitate to contact this office at **1-800-722-0248**.

This letter serves as an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

*Oxford Management Services*

Oxford Management Services



Oxford Management Services™

CS 9018, Melville, NY 11747 1-900-722-0248  Fax: 570-576-6983



AMERICAN COLLECTORS
association member



International Association
of Commercial Collectors, Inc.

FKG1-153
C10153

## PAYMENT REMITTANCE INFORMATION

| Payments By Mail: | Overnight Mail: | Western Union — Quick Collect | Money Gram Rapid Payment | Payment by Phone: |
|---|---|---|---|---|
| Oxford Management Services CS9018 Melville, NY 11747 | Oxford Management Services 135 Maxess Road Suite 2A Melville, NY 11747 | Pay to: Oxford Management Services Code City: OMS State: NY To find nearest Western Union agent near you, please call (800) 325-6000 option 2 Melville, NY 11747 | Select Blue Express Form 4 digit receive code 209 To find nearest moneygram agent, please call 800-926-9400. MoneyGram Customer Service: 800-555-3133 Payment may be made in cash only Please include the following: Oxford Management Services, Melville, NY Or/address: Melville, NY | To use our check by phone service, please call (800) 982-6096 *certain restrictions and fees are associated with this services |

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**WE ARE ACTING AS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

We are required under state law to give you the following notices, some of which refer to rights you also have under the federal law. This list does not include a complete list of the rights which consumers or commercial businesses have under state and federal law. Note the following, which may apply in the specified states:

## APPLICABLE NOTICE

| Colorado | We are required under state law to notify consumers of the following rights. This notice is not contain a complete list of the rights consumers have under state and federal law. Colorado Residents: If you notify us in writing that you wish us to cease contact by telephone at your residence or place of employment, then no such further contact by telephone shall be made. If you notify us in writing that you refuse to pay a debt or that you wish us to cease further communication with you, then we shall not communicate further with you with respect to such debt, except for a written communication: (A) to advise you that our further efforts are being terminated; (B) to notify you that we may invoke specified remedies which we ordinarily invoke; or (C) where applicable, to notify you that we intend to invoke a specified remedy permitted by law; if you orally inform us of any of the matters specified in this paragraph, we shall advise you that such communication must be made in writing. Collection agencies are licensed by the Collection Agency Board, 1525 Sherman Street, 5th Floor, Denver, CO 80203. Do not send payments to the Collection Agency Board. For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cadc.htm. |
|---|---|
| Idaho | The Agency's licensed address in Idaho is: 2691 N. Robert Way, Meridian, ID 99801. Permit #6070 |
| North Carolina | This Collection Agency is licensed by the North Carolina Department of Insurance. Permit #3655 |
| Massachusetts | We are required under state law to notify consumers of the following rights. This notice does not contain a complete list of the rights consumers have under state and federal law. Massachusetts residents — NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY. This Agency's Massachusetts Address: 49 Winter Street, Weymouth, MA 02188; Phone: (800) 982-6096. Office hours: 8:00 a.m./5:00 p.m. EST, Monday through Friday. |
| Michigan | Michigan requires us to give the following notice, however, all consumers have these rights under federal law. The failure of a consumer to dispute the validity of a debt shall not be construed as an admission of liability by the consumer. Permit: CA-20026009 |
| Minnesota | This Collection Agency is licensed by the Minnesota Department of Commerce. License #CA-20026009 |
| Washington | This Agency's licensed address in Washington is: 932 Bell Street, Edmonds, WA 98020-3177 |
| New York City | This Agency is licensed by the New York City Department of Consumer Affairs. Permit# 122683 |
| Utah | As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. |
| California | Notice: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-800-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit agency if you fail to fulfill the terms of your credit obligations. |

OMSRK2

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

WILLIAM THOMPSON, and )
DANIEL SCHULZ, )
)
      Plaintiffs, )
)
      v. )
)
SALVATORE SPINELLI; and )
OXFORD MANAGEMENT )
SERVICES, INC., )
)
      Defendants. )

## COMPLAINT – CLASS ACTION

## INTRODUCTION

1.    Plaintiffs bring this action to secure redress against unlawful credit and collection practices engaged in by defendants Salvatore Spinelli ("Spinelli"), Oxford Collection Agency, Inc. ("Oxford"), and Oxford Management Services, Inc. ("OMI"). Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331 and 1337, and 15 U.S.C. §1692k (FDCPA).

3.    Venue and personal jurisdiction in this District is proper because: a) Defendants transact business here, and b) Defendant's collection communications to plaintiffs and others were transmitted into the District.

## PARTIES

4.    Plaintiff William Thompson ("Thompson") is an individual who currently resides in Elkhart, Indiana. At the time his cause of action arose, Thompson resided in Chicago, IL.

5.    Plaintiff Daniel Schultz ("Schultz") is an individual who resides in Aurora, Illinois.

6.    Defendant Salvatore Spinelli ("Spinelli") is an attorney. He is a debt collector

1

subject to the FDCPA. He may be found at 135 Maxess Road, Suite 2B, Melville, NY 11747.

7.     Defendant Oxford Management Services, Inc. ("Oxford") is a corporation with its principal place of business located at 135 Maxess Road, Suite 2B, Melville, NY 11747. Salvatore Spinelli, Esq., 135 Maxess Road, Melville, NY 11747, is listed by the New York Department of State, Division of Corporations, as the person designated to officially receive process for Oxford. Oxford operates a collection agency. It is a debt collector subject to the FDCPA. It does business in Illinois.

### THOMPSON FACTS

8.     On or about March 30, 2004, plaintiff Thompson was sent, via U.S. Mail, in Illinois, the collection letter attached as Exhibit A, seeking to collect a debt incurred for personal, family or household purposes. He received it a few days later.

9.     Exhibit A is a form letter.

10.     On or about April 6, 2004, Thompson was sent the letter attached as Exhibit B, in Illinois, seeking to collect the same debt. He received it a few days later.

11.     Exhibit B is a form letter.

12.     The consecutive code numbers, PKG5-17 and PKG5-7, in the lower right corner of Exhibits A and B are form designations.

13.     Exhibits A and B each request an $8.00 credit card "processing fee."

### SCHULZ FACTS

14.     On or about April 14, 2004, Oxford sent Exhibit C to plaintiff Schulz. Exhibit C is a collection letter seeking to collect a debt incurred for personal, family or household purposes. Plaintiff received it a few days later.

15.     On or about May 17, 2004, Oxford sent Exhibit D to plaintiff Schulz. Exhibit D is a collection letter seeking to collect a debt incurred for personal, family or household purposes. Plaintiff received it a few days later.

16.     On or about June 28, 2004, Oxford sent Exhibit E to plaintiff. Exhibit E is

2

a collection letter seeking to collect a debt incurred for personal, family or household purposes. Plaintiff received it a few days later.

17.     Exhibits C, D, and E are form letters.   They have consecutive form designation numbers: PKG1-154, PKG1-155, and PKG1-156.

18.     Exhibits D, E and F each request an $8.00 credit card "processing fee."

### VIOLATION ALLEGED

19.     Spinelli and Oxford violated the FDCPA with respect to Exhibits A through E.

20.     It is a violation of the FDCPA for a debt collector to request that a debtor pay an $8.00 processing fee in Illinois where the underlying contract does not provide for such fee.

21.     The FDCPA prohibits "[t]he collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law".   15 U.S.C. §1692f(1).

22.     This means that "A debt collector may attempt to collect a fee or charge in addition to the debt if either (a) the charge is expressly provided for in the contract creating the debt and the charge is not prohibited by state law, or (b) the contract is silent but the charge is otherwise expressly permitted by state law. Conversely, a debt collector may not collect an additional amount if either (a) state law expressly prohibits collection of the amount, or (b) the contract does not provide for collection of the amount and state law is silent."   Federal Trade Commission Staff Commentary on the Fair Debt Collection Practices Act, 53 Fed.Reg. 50,097  at 50,108 (Dec. 13, 1988).

23.     The credit card processing fee is not authorized by the contract creating the debt, nor by a statute or regulation authorizing the charge even in the absence of a contract.

24.     In fact, the Illinois Collection Agency Act, 225 ILCS 425/9(a)(29), specifically makes unlawful:

> Collecting or attempting to collect any interest or other charge or fee in excess of the actual debt or claim unless such interest or other charge or fee is expressly authorized

3

by the agreement creating the debt or claim unless expressly authorized by law or unless in a commercial transaction such interest or other charge or fee is expressly authorized in a subsequent agreement.

25.    The FDCPA §1692e provides:

§ 1692e.        False or misleading representations [Section 807 of P.L.]

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .

(2)    The false representation of—

(A)    the character, amount, or legal status of any debt; or

(B)    any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt. . . .

(5)    The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .

(10)    The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .

26.    Sections 1692f and 1692f(1) provide:

§ 1692f.        Unfair practices [Section 808 of P.L.]

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of this section:

(1)    The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law. . . .

## CLASS ALLEGATIONS

27.    Plaintiffs bring this action on behalf of a class. The class consists of (a) all natural persons, wherever located (b) who were sent a Spinelli or Oxford letter referring to a credit card payment processing fee, (c) which letter was sent on or after a date one year prior to the filing of this action and anytime after the filing of this action.

28.    The class members are so numerous that joinder is impracticable. On

4

information and belief, there are more than 50 members.

29.     There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether the credit card processing fee violates the FDCPA.

30.     Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer credit and debt collection abuse cases.

31.     A class action is an appropriate means of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and the class members and against defendants for:

a.     Statutory damages ($1,000 to each plaintiff and the lesser of $500,000 or 1% of net worth for the class) against each defendant;

b.     Actual damages equal to all credit card processing fees collected;

c.     Attorney's fees, litigation expenses and costs of suit;

d.     Such other or further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS, LATTURNER
        & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiffs demand trial by jury.

_____
Daniel A. Edelman

J:\Case\spinelli-thompson12.750\pleading\consol cmplt.wpd

6

# EXHIBIT A

**Salvatore Spinelli, Esq.**
**Attorney At Law**
(800)982-6586  FAX (631)454-4509

135 Maxess Road, Suite 2B
Melville, NY 11747

March 30, 2004

3230122-17
WILLIAM THOMPSON
712 N SPAULDING AVE APT 2 APT 2
CHICAGO, IL 60624

RE: CROSS COUNTRY BANK
ACCOUNT #: Redacted
CLAIM #: 3230122
AMOUNT: $2826.62

Dear WILLIAM THOMPSON:

As you have chosen to ignore our previous correspondence, we are left with no alternative but to recommend to our client the commencing of a lawsuit in order to protect their financial interest.

If we do not hear from you in the next five (5) days, be advised we will so recommend said lawsuit. This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Salvatore Spinelli, Esq.

PKG5-17

**(Detach Here)**

RE: CROSS COUNTRY BANK
ACCOUNT #: Redacted
CLAIM #: 3230122
AMOUNT: $2826.62

A $20.00 bank fee will be applied to your account for any dishonored check deposited in accordance with New York State law.

Credit Card Payment Information

[ ] [ ] [ ] [ ]

Account Number: _____
Expiration Date: _____
Amount to be Applied to Card: $ _____
Cardholder Signature: (Print Name Below Line)

_____

Salvatore Spinelli, Esq.
Attorney At Law
135 Maxess Road, Suite 2B
Melville, NY 11747

* An $8.00 processing fee is charged to all credit card payments.

PKG5-17
C10017

135 Maxess Road, Suite 2B
Melville, NY 11747

**Salvatore Spinelli, Esq.**
**Attorney At Law**
(800)982-6586  FAX (631)454-4509

April 6, 2004

3230122-7
WILLIAM THOMPSON
712 N SPAULDING AVE APT 2 APT 2
CHICAGO, IL 60624

RE: CROSS COUNTRY BANK
ACCOUNT #:    Redacted
CLAIM #: 3230122
AMOUNT: $2826.62

Dear WILLIAM THOMPSON:

Since all previous attempts to resolve the above captioned matter have failed, this firm has been retained by the above named client to assist in the collection of this debt.

Our objective is to resolve this in a swift and amicable fashion. If you do not contact this office, we will advise our client of all avenues open to them to collect this indebtedness. This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

Very truly yours,

Salvatore Spinelli, Esq.

PKG5-7

**(Detach Here)**

RE: CROSS COUNTRY BANK
ACCOUNT #:    Redacted
CLAIM #: 3230122
AMOUNT: $2826.62

A $20.00 bank fee will be applied to your account for any dishonored check deposited in accordance with New York State law.

Credit Card Payment Information

[  ] [ ] [  ] [ VISA ] [  ] [ ] [  ] [ ]

Account Number: _____
Expiration Date: _____
Amount to be Applied to Card: $ _____
Cardholder Signature: (Print Name Below Line)

_____

Salvatore Spinelli, Esq.
Attorney At Law
135 Maxess Road, Suite 2B
Melville, NY 11747

* An $8.00 processing fee is charged to all credit card payments.

PKG5-7

# EXHIBIT C

CS 9018
Melville, NY 11747

MasterCard/Visa Credit Card Payment Information
[  ][        ]  [  ][        ]  [  ][        ]  [  ][        ]
Account Number: _____
Expiration Date: _____Amount: $_____
Cardholder Signature: _____
Print Name: _____
* An $8.00 processing fee is charged to all credit card payments.
**RE: PCDI**
Account #:
Claim #: 3763151
Amount: $588.00          **REDACTED**

April 14, 2004

3763151-154
DANIEL SCHULZ
2030  LILAC LANE APT 4
AURORA, IL 60506

PCDI
P.O. Box 1584
Melville, NY 11747

A $20.00 bank fee will be applied to your account for any dishonored
check deposited in accordance with New York State law.
PKG1-154

**RE: PCDI**
**Account #:**   **REDACTED**
**Claim #: 3763151**
**Amount:  $588.00**

Dear DANIEL SCHULZ:

Our office has been retained by the above named client to collect on an overdue account. This letter
serves as an attempt to collect a debt, and any information obtained will be used for that purpose. This
communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the
debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing
within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy
of a judgment and mail you a copy of such judgment or verification. if you request this office in writing
within 30 days after receiving this notice, this office will provide you with the name and address of the
original creditor, if different from the current creditor.

This is an opportunity for you to resolve this debt. If this matter has been overlooked, please be aware
that it is still legally owed. **When you enrolled in your course, you signed an agreement which stated
you would be responsible for the tuition, or a portion thereof.** Payment via check by phone, certified
funds, credit card in full will, or funds transfer cease all collection activity.

In order to ensure proper crediting and handling of your account, payment must be made payable to the
above named client and must be remitted to this office.

Sincerely,

*Robert Spencer*

Robert Spencer
Collection Manager



Oxford Management Services℠
CS 9018, Melville, NY 11747 (800)722-0248 Fax:(570)876-6983



AMERICAN COLLECTORS
*association member*



International Association
of Commercial Collectors, Inc.

PKG1-154
C10154

# EXHIBIT D

CS 9018
Melville, NY 11747

MasterCard/Visa Credit Card Payment Information
[ ] [⬡] [ ] [VISA] [ ] [⬛]
Account Number: _____
Expiration Date: _____ Amount: $_____
Cardholder Signature: _____
Print Name: _____
* An $8.00 processing fee is charged to all credit card payments.
RE: PCDI
Account #:
Claim #: 3763151 REDACTED
Amount: $588.00

May 17, 2004

3763151-155
DANIEL SCHULZ
2030 LILAC LANE APT 4
AURORA, IL 60506

PCDI
P.O. Box 1584
Melville, NY 11747

A $20.00 bank fee will be applied to your account for any dishonored
check deposited in accordance with New York State law.

PKG2-155

RE: PCDI
Account #:
Claim #: 3763151 REDACTED
Amount: $588.00

Dear DANIEL SCHULZ:

You have not responded to our initial communications in which we advised that you are indebted to
our client in the above amount. We must assume, therefore, that you have no intention of amicably
resolving this matter, and accordingly, demand that you promptly remit Payment in Full. Your
immediate attention will prevent this office from escalating its collection efforts against this debt.

Be advised, this letter is an attempt to collect a debt, and any information obtained by this office
will be used for that purpose. This communication is from a debt collector.

Sincerely,

*Peter A Brooks*

Peter A. Brooks
Senior Collection Manager



Oxford Management Services™

CS 9018, Melville, NY 11747  (570)876-6580  Fax:(570)876-6983



AMERICAN COLLECTORS
association member



International Association
of Commercial Collectors. Inc

PKG2-155
C10155

# EXHIBIT E

CS 9018
Melville, NY 11747

MasterCard/Visa Credit Card Payment Information
[ ] [ ] [ ]
Account Number: _____
Expiration Date: _____ Amount: $_____
Cardholder Signature: _____
Print Name: _____
* An $8.00 processing fee is charged to all credit card payments
RE: PCDI
Account Number: ____
Claim Number: 3763151    **REDACTED**
Amount Due: $588.00

June 28, 2004

3763151-156
DANIEL SCHULZ
2030  LILAC LANE APT 4
AURORA, IL 60506

PCDI
P.O. Box 1584
Melville, NY 11747

A $20.00 bank fee will be applied to your account for any dishonored
check deposited in accordance with New York State law.
PKG3-156

RE: PCDI
Account Number:  **REDACTED**
Claim Number: 3763151
Amount Due: $588.00

Please see reverse side for collection
laws that may apply to your state.

Dear DANIEL SCHULZ:

We have attempted to contact you in regard to the above claim, but you have chosen to ignore our communication. Your failure to comply with our request for payment, coupled with your refusal to contact this office, has led us to believe that you have no intention of amicably resolving this matter.

If you do not remit the balance due, or make satisfactory arrangements immediately, we will advise our client, without further notice, that additional action is necessary against you.

If it is your desire to stay this action, the undersigned must be contacted. **It is in your best interest to resolve this matter immediately.**

This is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

*Robert Spencer*

Collection Manager



Oxford Management Services™
CS 9018, Melville, NY 11747 (570)876-6580 Fax:(570)876-6983



AMERICAN COLLECTORS
*association member*



International Association
of Commercial Collectors, Inc.

PKG3-156
C10156